**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

DAVID B. JOHNSON,                      ) NO. CV 10-3166-JVS (MAN)
                                       )
                    Petitioner,        )
                                       )
        v.                             ) JUDGMENT
                                       )
WARDEN M. MARTEL,                      )
                                       )
                    Respondent.        )
_____)

     Pursuant to the Court's Order Dismissing Petition As Second Or Successive And Denying Certificate Of Appealability,

     IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: April 30, 2010.

_____
                    JAMES V. SELNA
          UNITED STATES DISTRICT JUDGE